IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 2:23-cr-612 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| **CHAD MICHAEL RABON** | ) | |

The Clerk of Court is hereby directed to issue a warrant for the defendant, **CHAD MICHAEL RABON**, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

August 8, 2023

Charleston, South Carolina

I SO MOVE:

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Dean H. Secor (#07315)
Assistant United States Attorney
151 Meeting Street
Post Office Box 978
Charleston, South Carolina 29402
Telephone: (843) 727-4381
Email Address: dean.secor@usdoj.gov